828

No. 81–2131. HILL v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 81–2132. CORY, STATE CONTROLLER v. CAMPBELL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 81–2136. TEXACO, INC. v. HASBROUCK, DBA RICK'S TEXACO, ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–2137. ARCO POLYMERS, INC. v. LOCAL 8–74, AFFILIATED WITH THE OIL, CHEMICAL & ATOMIC WORKERS' INTERNATIONAL UNION. C. A. 3d Cir. Certiorari denied.

No. 81–2138. PARKER ET AL. v. ANDERSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–2139. TYLER v. HARTFORD INSURANCE GROUP ET AL. Ct. App. Colo. Certiorari denied.

No. 81–2140. STEWART v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 81–2142. LINDQUIST ET AL. v. FOWLER. C. A. 9th Cir. Certiorari denied.

No. 81–2143. THOMPSON v. COVINGTON HOUSING DEVELOPMENT CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–2145. ARRANDALE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–2146. SINGLETON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–2154. CURRIER v. FOGEL ET AL.; and
No. 81–2163. CHESTNUTT ET AL. v. FOGEL ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 668 F. 2d 100.